**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Randall Lee CONRAD, Defendant– Appellant.**

No. 16–6264

United States Court of Appeals, Fourth Circuit.

Submitted: August 18, 2016

Decided: August 22, 2016

Randall Lee Conrad, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Lee Conrad appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Conrad, No. 1:04–cr–00297–NCT–1 (M.D.N.C. filed Jan. 11 & entered Jan. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED